AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB - 8 2013

TONY R. MOORE, CLERK
BY _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Randall Joseph Gathe | ) Case No:  6:09-CR-00221-03 |
| | ) USM No:  14484-035 |
| Date of Original Judgment:  July 1, 2010 | ) |
| Date of Previous Amended Judgment:  N/A | ) Federal Public Defender's Office |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____211_____ months **is reduced to** _____181_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ~~July 1, 2010~~ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  02/08/2013

Effective Date: _____
*(if different from order date)*

_____
Judge's signature

Elizabeth Erny Foote
Printed name and title

U.S. District Judge